United States District Court
Southern District of Texas
**ENTERED**
November 09, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| EVELYN ELIZA ORTEGA TRIGUEROS, | § | |
| | § | |
| Petitioner, | § | CIVIL ACTION NO. H-26-8572 |
| | § | |
| vs. | § | |
| | § | |
| WARDEN, Houston Contract Detention Facility, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

The petitioner, Evelyn Eliza Ortega Trigueros, is a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) officials at the Houston Contract Detention Facility. Representing herself, she has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging her continued detention. (Docket Entry No. 1). The government has filed an answer to the petition. (Docket Entry No. 6).

On October 30, 2026, the Clerk's Office docketed a letter from Ortega Trigueros. (Docket Entry No. 7). In the letter, Ortega Trigueros states that she is the single mother of six children (ages 14, 10, 6, 2, 1, and 1), three of which are American citizens. She says that her children do not have a "permanent place to live" and that she does not have any family members or anyone else who can take care of her children while she is detained. She says she is concerned about her oldest son, who has been missing since October 10, 2026.

The government is **ordered** to file a status report **by November 23, 2026**, responding to the allegations concerning the petitioner's children in her letter.

SIGNED on November 9, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge